UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bobby Leon Harris**　　　　　　　　　　　　　　　　**Docket No. 5:11-CR-245-1BR**

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bobby Leon Harris, who, upon an earlier plea of guilty to Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on May 7, 2012, to the custody of the Bureau of Prisons for a term of 56 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Bobby Leon Harris was released from custody on April 21, 2015, at which time the term of supervised release commenced.

On December 8, 2015, a Violation Report was submitted to the court advising that the defendant was charged with Driving While Impaired and Resisting a Public Officer in Raleigh, North Carolina. The term of supervision was continued without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 27, 2017, the defendant was charged with Driving While Impaired (17CR209740) and misdemeanor Possession of Marijuana Up to ½ Ounce (17CR209739) in Wake County, North Carolina. According to the citation filed by Raleigh Police Department Officer B.J. Squires, the defendant was observed conducting an illegal u-turn in downtown Raleigh at approximately 4:30 a.m. According to the defendant, the marijuana recovered during the arresting officer's search of his vehicle belonged to one of his friends. Harris was subsequently arrested and transported to the Wake County Jail. The defendant was released on bond, and these cases remain pending.

Following these charges, the defendant was referred for substance abuse treatment through First Step Services in Raleigh, North Carolina. The defendant will also continue participation in our Surprise Urinalysis Program for detection of any illegal drug use. In light of Harris frequently making dangerous choices in his life, we are also recommending that a cognitive behavioral program be added to his conditions of supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Bobby Leon Harris
Docket No. 5:11-CR-245-1BR
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: June 22, 2017

## ORDER OF THE COURT

Considered and ordered this __26__ day of __June__, 2017, and ordered filed and made a part of the records in the above case.

JAMES C. DEVER, III
Chief United States District Judge